1  DENISE EATON-MAY (SBN 116780)
   LAW OFFICES OF DENISE EATON-MAY
2  1290 B Street, Suite 120
   Hayward, CA 94541
3  Telephone: 510-888-1345

4  Attorneys for Plaintiff,
   DAVID LAWLER

5
   PAMELA E. COGAN (SBN 105089)
6  STACY M. TUCKER (SBN 218942)
   NORMAN LAU (SBN 253690)
7  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
8  Redwood City, CA 94063-2052
   Telephone:  (650) 364-8200
9  Facsimile:  (650) 780-1701
   Email:  pamela.cogan@rmkb.com, stacy.tucker@rmkb.com,
10 norman.lau@rmkb.com

11 Attorneys for Defendants,
   LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, NETAPP,
12 INC. and THE NETAPP, INC. LONG TERM DISABILITY
   INSURANCE PLAN, erroneously sued as NETAPP, INC. GROUP
13 LONG-TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID LAWLER, | CASE NO. 4:16-cv-00319 VC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION DISMISSING DEFENDANTS NETAPP, INC. AND NETAPP, INC LONG-TERM DISABILITY INSURANCE PLAN |
| NETAPP, Inc.; NETAPP, INC. GROUP LONG-TERM DISABILITY PLAN; and LIBERTY LIFE ASSURANCE COMPANY OF BOSTON as PLAN ADMINISTRATOR, | |
| Defendant. | |

WHEREAS, this is an action arising under the Employee Retirement Income Security Act of 1974, as amended 29 U.S.C. section 1132(a)(1) and (3);

1  WHEREAS, Plaintiff David Lawler has named NetApp, Inc., and the NetApp, Inc. Long
2  Term Disability Insurance Plan ("the Plan"), erroneously sued as NetApp, Inc. Group Long-Term
3  Disability Plan, as defendants in this action;
4  WHEREAS, at all times relevant to the Complaint on file in this action, the Plan was and
5  is insured under a group disability income policy issued by defendant Liberty Life Assurance
6  Company of Boston to NetApp, the sponsor of the Plan;
7  WHEREAS, defendant Liberty Life Assurance Company of Boston agrees it will be liable
8  for any judgment or settlement concerning the payment or non-payment of long term disability
9  benefits, interest, attorneys' fees and/or costs that may result from this action as if it were the
10 Plan; and
11 WHEREAS, defendant Liberty Life Assurance Company of Boston further agrees that at
12 no time during the course of this litigation will it contend that the action has been rendered
13 defective as a result of the Plan having been dismissed from the action;
14 IT IS HEREBY STIPULATED by and between Plaintiff David Lawler and Defendant
15 Liberty Life Assurance Company Of Boston, by and through their respective attorneys of record,
16 that Liberty Life Assurance Company of Boston shall be liable for any judgment or settlement
17 concerning the payment or non-payment of long term disability benefits, interest, attorneys' fees
18 and/or costs that may result from this action as if it were the Plan, if any; and Liberty Life
19 Assurance Company of Boston shall not contend that the action has been rendered defective as a
20 result of the Plan having been dismissed from this action at any time during the course of this
21 litigation.
22 IT IS FURTHER STIPULATED that NetApp, Inc. and the Plan are hereby dismissed
23 from this action without prejudice, and each party shall bear its own attorneys' fees and costs
24 directly related to the dismissal of these Defendants.
25 **IT IS SO STIPULATED.**
26 / / /
27 / / /
28 / / /

4840-2525-6240.1 — - 2 - — STIPULATION DISMISSING DEFENDANTS
4:16-cv-00319 VC

| | | |
|---|---|---|
| 1 | Dated: April 29, 2016 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By:/s/ _____ |
| 4 | | PAMELA E. COGAN<br>STACY M. TUCKER |
| 5 | | NORMAN LAU<br>Attorneys for Defendants |
| 6 | | LIBERTY LIFE ASSURANCE<br>COMPANY OF BOSTON, NETAPP, INC. |
| 7 | | and THE NETAPP, INC. LONG TERM<br>DISABILITY INSURANCE PLAN,<br>erroneously sued as NETAPP, INC. |
| 8 | | GROUP LONG-TERM DISABILITY<br>PLAN |
| 10 | Dated: April 26 2016 | LAW OFFICES OF DENISE EATON-MAY |
| 12 | | By:/s/ Denise Eaton May |
| 13 | | DENISE EATON-MAY<br>Attorneys for Plaintiff |
| 14 | | DAVID LAWLER |
| 16 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 18 | Dated: May 2, 2016 | _____ |
| 19 | | Hon. Vince Chhabria<br>United States District Judge |